UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL PATRICK,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., SAM'S WEST, INC. d/b/a SAM'S CLUB, and SAM'S EAST, INC. d/b/a SAM'S CLUB,<br><br>Defendants. | C/A NO. 4:20-cv-205-FL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff MICHAEL PATRICK and Defendant WALMART, INC., SAM'S WEST, INC. d/b/a SAM'S CLUB, and SAM'S EAST, INC. d/b/a SAM'S CLUB, by and through their undersigned legal counsel, and stipulate pursuant to Rule 41(a) of the Federal Rules of Civil Procedure to the dismissal with prejudice of the above-captioned civil action. Each party shall bear its own costs and attorneys' fees.

**STIPULATED TO BY:**

| | |
|---|---|
| Dated: May 25, 2021 | Dated: May 25, 2021 |
| *s/ L. Michelle Gessner* | *s/Julie K. Adams* |
| L. Michelle Gessner, NC Bar No. 26590 | Julie K. Adams, NC Bar No. 32773 |
| michelle@mgessnerlaw.com | jadams@fordharrison.com |
| GESSNERLAW, PLLC | FORD & HARRISON LLP |
| 1213 Culbreth Drive, Suite 426 | 6000 Fairview Road, Suite 1415 |
| Wilmington, NC 28405 | Charlotte, NC 28202 |
| Telephone: 704-234-7442 | Telephone: 980-282-1900 |
| Facsimile: 980.206.0286 | Facsimile: 980-282-1949 |
| Attorney for Plaintiff | Attorney for Defendant |